UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO SALDANA,<br><br>Petitioner,<br><br>V.<br><br>B. BIRKHOLZ, Warden,<br><br>Respondent. | CASE NO. CV 25-2099 AB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Motion to Dismiss, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss (Dkt. No. 10) is GRANTED, the Petition is DENIED, and Judgment shall be entered dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Petitioner at his current address of record and on counsel for
3  Respondent.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: December 4, 2025
8
   _____
9  HON. ANDRÉ BIROTTE JR.
   UNITED STATES DISTRICT JUDGE