# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO SALDANA,<br><br>Petitioner,<br><br>v.<br><br>B. BIRKHOLZ, Warden,<br><br>Respondent. | Case No. CV 25-2099 AB (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 4, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE